PER CURIAM.
Affirmed. See Knight v. State, 808 So. 2d 210 (Fla. 2002) ; State v. Cotton, 769 So. 2d 345 (Fla. 2000) ; State v. Roby, 246 So. 2d 566 (Fla. 1971) ; Skelton v. State, 186 So. 3d 1034 (Fla. 2d DCA 2016) (table decision); Franke v. State, 997 So. 2d 424 (Fla. 2d DCA 2008) ; Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006) ; Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004) ; Hillman v. State, 410 So. 2d 180 (Fla. 2d DCA 1982) ; Brown v. State, 97 So. 3d 960 (Fla. 4th DCA 2012) ; State v. Retalic, 902 So. 2d 315 (Fla. 5th DCA 2005) ; Lopez v. State, 833 So. 2d 283 (Fla. 5th DCA 2002) ; State v. Smith, 832 So. 2d 249 (Fla. 5th DCA 2002) ; Freeny v. State, 621 So. 2d 505 (Fla. 5th DCA 1993).
NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.